

# BROWN, BROWN & BROWN, P.A.

*Attorneys at Law*

200 SOUTH MAIN STREET
BEL AIR, MARYLAND 21014

T. CARROLL BROWN
AUGUSTUS F. BROWN
ALBERT J.A. YOUNG

HAROLD DOUGLAS NORTON
JACQUELINE A. DELISLE
DAVID E. CAREY

A. FREEBORN BROWN (1915-1998)

PARALEGAL STAFF

SANDRA K. WHEELER
JENNY M. YOUNG

410-838-5500
410-879-2220
410-893-0402 - FAX

June 7, 2000

The Honorable J. Frederick Motz
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

RE: *Weber, et ux v. General Motors, et al*
Civil Case No. JFM-00-1397

Dear Judge Motz:

Defendant, Team Chevrolet, Inc., has recently filed a Motion to Dismiss. Plaintiffs' opposition to this Motion is due on or before June 12, 2000. I have spoken with T. Sky Woodward, counsel for Team Chevrolet, Inc., and we have agreed to extensions for filing responses to the motion as follows:

Plaintiffs' Response to Motion to Dismiss is due by Wednesday, June 21, 2000; and Defendant's Reply to Plaintiffs' Response, if any, is due by Friday, July 7, 2000

If the court has any opposition to these extensions, please let us know promptly.

Sincerely,

Augustus F. Brown
Brown, Brown & Brown, P.A.

T. Sky Woodward
Miles & Stockbridge, P.A.
10 Light Street
Baltimore, MD 21202-1487
410-385-3606