# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BARBARA WEBER, et vir. | * |
| | * |
| v. | *   CIVIL NO. JFM-00-1397 |
| | * |
| GENERAL MOTORS CORPORATION, et al. | * |

## ORDER

In accordance with the attached Memorandum, it is this _17th_ day of August 2000, by the United States District Court for the District of Maryland, ORDERED:

    1.    That Defendant's Motion to Dismiss BE, and the same IS, hereby DENIED; and

    2.    That copies of this Memorandum and Order be mailed to counsel for the parties.

_____
J. Frederick Motz
United States District Judge