UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 17 P 2: 18

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

BALTIMORE
_____DEPUTY

August 17, 2000

Memo to Counsel Re: Barbara Weber v. General Motors Corp., et al.
                    Civil No. JFM-00-1397

Dear Counsel:

   Enclosed please find a memorandum opinion I am entering today denying the motion to dismiss filed by Team Chevrolet.

   A scheduling conference will be held at 8:30 a.m. on September 7, 2000. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements. The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

   Please confer with one another prior to the conference pursuant to Rule 26(f). Please discuss at your meeting, in addition to the matters set forth in the Rule, the number of deposition hours of fact witnesses you believe will be necessary.

                                          Very truly yours,

                                          J. Frederick Motz
                                          United States District Judge

P.S. Written discovery should begin immediately.