UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND



CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE



101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

September 20, 2000

Memo To Counsel Re: Barbara Weber v. General Motors Corp., et al.
                        Civil No. JFM-00-1397

Dear Counsel:

    This will confirm the schedule set during the conference held on September 19, 2000.

| Date | Event |
|---|---|
| October 20, 2000 | Deadline for plaintiffs' Rule 26(a)(2) disclosures re non-liability experts |
| November 17, 2000 | Deadline for Team Chevrolet to file motion for summary judgment re timeliness of plaintiffs' claim |
| December 1, 2000 | Deadline for plaintiffs' opposition to Team Chevrolet's summary judgment motion |
| December 15, 2000 | Deadline for Team Chevrolet's reply in support of its summary judgment motion |
| January 3, 2001 8:30 a.m. | Status conference (by telephone; to be initiated by counsel for Team Chevrolet) |
| January 12, 2001 | Deadline for defendants' Rule 26(a)(2) disclosures re non-liability experts |
| January 26, 2001 | Deadline for plaintiffs' rebuttal Rule 26(a)(2) disclosures re non-liability experts |
| March 2, 2001 | Fact discovery deadline |
| March 30, 2001 | Deadline for plaintiffs' Rule 26(a)(2) disclosures re liability experts |

**Page Two**

| | |
|---|---|
| May 11, 2001 | Deadline for defendants' Rule 26(a)(2) disclosures re liability experts |
| June 8, 2001 | Deadline for plaintiffs' Rule 26(a)(2) rebuttal disclosures re liability experts |
| June 22, 2001 | Deadline for all Rule 26(e) supplementations |
| August 31, 2001 | Deadline for defendants' summary judgment motions |
| September 28, 2001 | Deadline for plaintiffs' oppositions to defendants' summary judgment motions |
| October 12, 2001 | Deadline for defendants' replies in support of summary judgment motions |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File