UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

2000 OCT 16  P 2: 31

BARBARA WEBER, et al      )
                          )
        Plaintiff,        )
                          )
vs.                       )      Case No.:  D 0 - 1 3 9 7
                          )
GENERAL MOTORS CORPORATION,  )   (Circuit Court for Baltimore City,
  et al.,                 )      Case No. 24-C-99-005630)
                          )
        Defendants.       )

## STIPULATED ORDER

Upon consideration of the Defendants' Request for an Extension of Time in

which to submit their Opposition to Plaintiff's Motion for Remand, without any

opposition thereto, it is this /6 day of October , 2000

        ORDERED, that the Motion is GRANTED and the Defendants will submit their

Opposition on or before October 18, 2000.


_____
J. Frederick Motz
United States District Judge