IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARBARA WEBER, ET AL.          *
                               *
    v.                         *   Civil No. JFM-00-1397
                               *
GENERAL MOTORS CORPORATION,    *
ET AL.                         *
                           *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 29th day of November 2000,

ORDERED that:

1. Plaintiff's motion to remand is granted; and

2. This case is remanded to the Circuit Court for Baltimore City, Maryland.

J. Frederick Motz
United States District Judge